**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN RE: THE MATTER OF RACHEL  : No. 18 WM 2017
LOPEZ  :
  :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 27th day of April, 2017, the Petition to Extend Pennsylvania Bar Admission Pursuant to Pa.B.A.R. 311(g) is **GRANTED**, **IN PART**. In order to afford Rachel Lopez time to seek full admission to the Pennsylvania bar, her temporary admission, per Pa.B.A.R. 311, is extended until **October 27, 2017**.